1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL W. REDDING
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

DEC 0 9 2019

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ AMC _____
DEPUTY CLERK

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.   2:19-SW-880 DB

12                      Plaintiff,

13              v.                          [PROPOSED] ORDER TO UNSEAL SEARCH
                                           WARRANT AND SEARCH WARRANT
14  SEARCH OF 2164 BELVEDERE CIRCLE        AFFIDAVIT
    ROSEVILLE, CA, A 2007 TOYOTA,
15  CALIFORNIA TAG NO. 5YLE089, VIN:
    JTEDP21A470135519; A 2013 TOYOTA,
16  CALIFORNIA TAG NO. 7BQM866, VIN:
    4T1BF1FK7DU228030; and the person of
17  THANH VIET NGUYEN

18

19        The government's request to unseal the Search Warrant and this case is GRANTED.

20

21  Dated: 12-6-19

22                                          DEBORAH BARNES
                                            U.S. Magistrate Judge
23

24

25

26

27

28